UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| TINA ROSEMARIE BARRY, | Civil No. 1:16-CV-02376-MC |
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits and supplemental security income payments under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings including a de novo hearing and a new decision. The Administrative Law Judge will provide Plaintiff an opportunity to update the record; hold a new hearing; give further consideration to the medical source opinions and evidence; and in light of the former, give further consideration to Plaintiff's subjective complaints and the lay witness statements, as needed.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this __21__ day of __Sept__, 2017.

_____
UNITED STATES DISTRICT JUDGE